■ (A) SAM OBUCH, Respondent, v. MORELLI & SONS, INC., Appellant, et al., Defendant. (B) DORIS STRADER, Appellant, v. CALHOUM STRADER, Respondent.— [In each action] Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

## (May 15, 1961)

■ MAX M. ABELSON, Appellant, v. MOLLY C. ABELSON, Respondent.— Motion by appellant for a stay of payment of counsel fees, pending appeal, granted on condition that, within 10 days after entry of the order hereon, appellant shall pay $750 on account of the counsel fee; and on the further condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ MIRIAM AMENT, Appellant, v. ALBERT M. COHEN, Respondent.— Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term, granted. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ NICHOLAS BERDIEFF et al., Appellants, v. SEYMOUR ARGULE et al., Respondents.— Motion by appellants for leave to appeal as poor persons, denied, with leave to renew on proper papers showing merits of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ CARLETON CONNERY, as Administrator D. B. N. with the Will Annexed of LUCY J. RILEY, Deceased, and as Executor of JOSEPH H. RILEY, Deceased, Appellant, v. LIZZA AND SONS, INC., et al., Respondents.— Motion by respondent to dismiss appeal, granted; appeal dismissed, without costs; the appellant having consented to such dismissal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) DAVID CORDARO, an Infant, by His Guardian ad Litem, EDNA CORDARO, et al., Respondents, v. UNION FREE SCHOOL DISTRICT NUMBER 22, FARMINGDALE, Appellant. (B) JEANNE GERSHEL, Appellant, v. EMILY E. BEDELL, Respondent. (C) JACK R. WEINSTEIN et al., Respondents, v. FRANK A. SCALITI, Appellant. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. (D) ARTHUR F. MARMILLION, Respondent, v. VASSAR PARK ESTATES CORP., Appellant. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.— [In each action] Motion by respondent[s] to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961.

■ (A) ELIZABETH DIERS, Also Known as ELIZABETH HECKELMANN, Respondent, v. JUNE A. HECKELMAN, Appellant. (B) In the Matter of CLARENCE L. BROWN et al., Appellants, v. PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent.— [In each action] Motion by appellants for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.